**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 13-CV-02093-PAB-DW**

**FRANK CALER,**

**Plaintiff,**

**vs.**

**BROOKS BROWN,
T. J. FITZWATER,
RICHARD RIVERA,
LOGAN GHOLSON,
in their Individual and Official Capacities,**

**Defendants.**

---

**ORDER RE: DEFENDANT'S JOINT MOTION TO VACATE FINAL PRETRIAL CONFERENCE AND ACCOMPANYING DEADLINES**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendant's Joint Motion to Vacate Final Pretrial Conference and Accompanying Deadlines [Doc. #36] was referred to the Magistrate Judge on July 9, 2014 by Judge Philip A. Brimmer.

**IT IS HEREBY ORDERED** that the Final Pretrial Conference scheduled for **July 17, 2014 at 9:00 a.m. is VACATED and RESCHEDULED to September 10, 2014 @ 11:00 a.m.** before the Magistrate Judge in Durango, Colorado. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than seven (7) days before the Final Pretrial Conference.

**DATED: July 10, 2014.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**

## Certificate of Mailing

I hereby certify that on the 10th day of July, 2014, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, to the pro se Plaintiff at the following address:

Frank Caler
293 Oren Road
Pagosa Springs, Colorado 81147

**By:    s/Shirley W. Dills**
**Assistant to Magistrate Judge**