# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Civil Action No. 13-CV-02093-PAB-DW**

**FRANK CALER,**

**Plaintiff,**

vs.

**BROOKS BROWN,**
**T. J. FITZWATER,**
**RICHARD RIVERA,**
**LOGAN GHOLSON,**
**in their Individual and Official Capacities,**

**Defendants.**

---

### ORDER RE: SECOND MOTION TO VACATE FINAL PRETRIAL CONFERENCE AND ACCOMPANYING DEADLINES [DOC. #43]

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendants, Brown, Fitzwater, Rivera and Gholson, Second Joint Motion to Vacate Final Pretrial Conference an Accompanying Deadlines [Doc. #43] was referred to the Magistrate Judge on September 2, 2014 by Judge Philip A. Brimmer.

**IT IS HEREBY ORDERED** that the Motion to Vacate Final Pretrial Conference and Accompanying Deadlines [Doc. #43] is **GRANTED**.

**DATED: September 2, 2014.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**

### **Certificate of Mailing**

I hereby certify that on the 2nd day of August, 2014, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, to the pro se Plaintiff at the following address:

Frank Caler
c/o Rolan Caler
293 Oren Road
Pagosa Springs, Colorado 81147

**By:   s/Shirley W. Dills**
       **Assistant to Magistrate Judge**